IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Hall, Delores

Printed: 03/10/09

Case Number: 07 B 20484
Judge: Hollis, Pamela S
Filed: 11/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: January 13, 2009
Confirmed: March 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,240.00 |  |
| Secured: |  | 963.96 |
| Unsecured: |  | 1,876.88 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,669.00 |
| Trustee Fee: |  | 314.82 |
| Other Funds: |  | 415.34 |
| Totals: | 5,240.00 | 5,240.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Grochocinski Grochocinski &Lyod | Administrative | 1,669.00 | 1,669.00 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Nissan Motor Acceptance Corporation | Secured | 0.00 | 0.00 |
| 4. | Home Loan Services | Secured | 10,694.43 | 963.96 |
| 5. | Discover Financial Services | Unsecured | 1,483.41 | 438.48 |
| 6. | RoundUp Funding LLC | Unsecured | 143.43 | 42.39 |
| 7. | Capital One | Unsecured | 214.85 | 63.51 |
| 8. | Portfolio Recovery Associates | Unsecured | 612.08 | 180.93 |
| 9. | ECast Settlement Corp | Unsecured | 35.84 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 1,798.22 | 531.54 |
| 11. | ECast Settlement Corp | Unsecured | 549.43 | 162.40 |
| 12. | ECast Settlement Corp | Unsecured | 153.72 | 45.43 |
| 13. | ECast Settlement Corp | Unsecured | 332.54 | 98.29 |
| 14. | Resurgent Capital Services | Unsecured | 438.84 | 129.72 |
| 15. | Portfolio Recovery Associates | Unsecured | 623.16 | 184.19 |
| 16. | AT&T | Unsecured |  | No Claim Filed |
| 17. | First American Credco | Unsecured |  | No Claim Filed |
|  |  |  | $ 18,748.95 | $ 4,509.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 235.26 |
| 6.6% | 79.56 |
|  | $ 314.82 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hall, Delores | Case Number: 07 B 20484 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 11/2/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*